UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS MARIO GONZALEZ,

Petitioner,

v. Case No.: 2:26-cv-00871-SPC-NPM

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

_______________________________/

**OPINION AND ORDER**

Luis Mario Gonzalez filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Court found no significant likelihood Gonzalez would be removed in the reasonably foreseeable future. But in light of Gonzalez's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public. On July 23, 2026, a custody review panel interviewed Gonzalez, reviewed his criminal record, and determined he did not meet the criteria for release under 8 C.F.R. § 241.4(e).

It is undisputed that Gonzalez has an extensive and continuous history of criminal conduct. It includes dozens of arrests and convictions in just ten years. The Court finds Gonzalez's criminal history adequate to support the panel's decision. Gonzalez is entitled to annual review of his detention, and he can request additional review every three months. *See* 8 C.F.R. § 241.4(k) and

(l). If the government does not provide future reviews required by § 241.4, Gonzalez may file a new habeas petition. But the Court finds that Gonzalez's current detention does not violate the Fifth Amendment or *Zadvydas*.

Gonzalez's Petition for a Writ of Habeas Corpus (Doc. 1) is **denied**. The Clerk is **directed** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 9, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record